Christopher J. Reichman, SBN 250485
ChrisR@Prato-Reichman.com
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, California 92123
Telephone: (619) 683-7971
EMAIL: chrisr@prato-reichman.com

Attorney for Plaintiff
JONATHAN SAPAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br><br>        Plaintiff,<br>    vs.<br><br>SOLARMAX TECHNOLOGY, INC., a California Corporation; and DAVID HSU, an individual,<br><br>        Defendants. | Case No.:  15-cv-648 W (RBB)<br><br>**NOTICE OF DISMISSAL**<br><br><br><br>Hon. Thomas J. Whelan |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

PLAINTIFF HEREBY GIVES NOTICE that the above-captioned action is

voluntarily dismissed, without prejudice against all defendants (SOLARMAX

TECHNOLOGY, INC., and DAVID HSU) pursuant to the Federal Rules of Civil

Procedure 41(a)(1)(A)(i).  None of the Defendants have filed or served an answer nor motion for summary judgment, therefore this Notice serves as the dismissal without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

DATED: April 17, 2015               **PRATO & REICHMAN, APC**

<u>/s/Christopher J. Reichman, Esq.</u>
By: Christopher J. Reichman, Esq.
**Prato & Reichman, APC**
Attorneys for Plaintiff
JONATHAN SAPAN